IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CAROL MURPHY, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08-343C |
| | ) | (Judge Bush) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of Stephen C. Tosini, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Stephen C. Tosini
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

Attention: Classification Unit
8th Floor

Steve C. Tosini

Stephen C. Tosini
Trial Attorney
Commercial Litigation Branch
Civil Division
TEL.: (202) 616-5196
FAX: (202) 514-7965
E-mail: Stephen.Tosini@usdoj.gov

Dated: June 5, 2008

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on this 5th day of June, 2008, I caused to be placed in the United States mail (first-class, postage prepaid), copies of a "NOTICE OF APPEARANCE," addressed as follows:

Carol Murphy
248 Lane Road
New Sharon, ME 04955

____________________